DANIEL G. BOGDEN
United States Attorney
District of Nevada
Nevada Bar No. 2137
CARLOS A. GONZALEZ
Assistant United States Attorney
333 South Las Vegas Blvd. Suite 5000
Las Vegas, NV 89101
Tel: (702) 388-6336
Fax: (702) 388-6787
Email: Carlos.Gonzalez2@usdoj.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| STEFANIE J. GOLDSTEIN,<br><br>       Plaintiff,<br><br>           v.<br><br>CAROLYN W. COLVIN[1],<br>Acting Commissioner of Social Security,<br><br>       Defendant. | Case No.: 2:13-CV-00095-GMN-GWF |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**
**(First Request)**

COMES NOW Defendant Carolyn W. Colvin, Acting Commissioner of Social Security (Defendant), by and through her counsel, Daniel G. Bogden, United States Attorney, and Carlos A. Gonzalez, Assistant United States Attorney, to request that this Court extend the time to respond to Plaintiff's Motion for Reversal and/or Remand.  This is Defendant's first request for an extension of time.  Plaintiff's counsel was contacted on July 22, 2013, and Plaintiff does not oppose Defendant's motion. Defendants' current deadline is July 24, 2013.

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit.  No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

The instant request is not intended to cause delay and is necessary because Defendant needs additional time to consider the issues involved in this case and because of the heavy workload of Defendant's attorney assigned to this case.  It is therefore respectfully requested that Defendant be granted a thirty (30) day extension of time to respond to Plaintiff's motion, up to and including August 23, 2013.

Dated:  July 24, 2013.

    Respectfully submitted

    DANIEL G. BOGDEN
    United States Attorney

    */s/ Carlos A. Gonzalez*
    CARLOS A. GONZALEZ
    Assistant United States Attorney

## ORDER

**IT IS HEREBY ORDERED** that Defendant, Carolyn W. Colvin, Acting Commissioner of Social Security, shall have through and including **August 23, 2013** to file her Response to Plaintiff's Motion for Reversal of the Final Decision of the Commissioner (ECF. No. 16).

**DATED** this 24th day of July, 2013.

    _____
    Gloria M. Navarro
    United States District Judge